UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 19-mj-03244 AOR

UNITED STATES OF AMERICA

vs.

BRANDIE JORDAN, and
RICARDO MATTHEW WILMOT,

     Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes  _x_ No

                                 Respectfully submitted,

                                 ARIANA FAJARDO ORSHAN
                                 UNITED STATES ATTORNEY

BY: _____
      JUSTIN L. HOOVER
      ASSISTANT UNITED STATES ATTORNEY
      Court ID No. A5502493
      99 NE 4th Street
      Miami, Florida 33132-2111
      Tel (305) 961-9427
      Fax (305) 530-7976
      Justin.Hoover@usdoj.gov

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

V.

BRANDIE JORDAN, and
RICARDO MATTHEW WILMOT,

**CRIMINAL COMPLAINT**

CASE NUMBER: 19-mj - 03244-AOR

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 4, 2019, at the Port of Miami, in Miami-Dade County in the Southern District of Florida and elsewhere, the defendants, BRANDIE JORDAN and RICARDO MATTHEW WILMOT, did knowingly and intentionally combine, conspire, confederate and agree with each other to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963; and did knowingly and intentionally combine, conspire, confederate and agree with each other to possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

I further state that I am a Special Agent with Homeland Security Investigations/U.S. Immigration and Customs Enforcement, and that this complaint is based on the following facts:

On or about August 4, 2019, the defendants, BRANDIE JORDAN and RICARDO MATTHEW WILMOT, arrived at the Port of Miami aboard Carnival Cruise Line M/V Horizon from various ports to include Grand Turk Island, La Romana, Curacao, and Aruba. U.S. Customs and Border Protection Officers conducted routine cabin searches at the Port of Miami. During a border search of JORDAN's and WILMOT's cabin, K-9 alerted to U.S. Customs and Border Protection Officers to the presence of a controlled substance inside a girdle sitting on the floor inside the shower. CBP Officers conducted an inspection of the girdle which had foreign objects sewn into it. During the inspection of the girdle, ten (10) packages of a white powdery substance was removed from the girdle. A field test of the white powdery substance proved positive for the presence of cocaine. After waiving their _Miranda_ rights, the defendants both admitted that they knew that they had been provided drugs in Curacao, but they did not know what kind. The estimated weight of the cocaine found was 2.197 kilograms.

KIMBERLY LYTELL, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT

Sworn to before me, and subscribed in my presence,

AUGUST 5, 2019            at    Miami, Florida
Date                             City and State

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer          Signature of Judicial Officer